IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL CALLAHAN                                                                    PLAINTIFF

v.                                                       CIVIL ACTION NO. 3:24-CV-264-GHD-RP

ROBERT COCKERELL; et al.                                          DEFENDANTS

## **ORDER**

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) The Defendants RMC Sprayfoam and Robert Cockerell's motion for summary judgment [Doc. No. 92] is GRANTED IN PART and DENIED IN PART; the motion is DENIED as to the Plaintiff's claim for breach of contract against these Defendants and that claim shall PROCEED; the motion is otherwise GRANTED and all claims against these Defendants other than for breach of contract are DISMISSED WITH PREJUDICE;

(2) the Defendants Joshua Cotner and Contractor's Choice Agency's motion for summary judgment [Doc. No. 98] is GRANTED, and the Plaintiff's claims against these Defendants are DISMISSED WITH PREJUDICE;

(3) the Defendant Third Coast Insurance Company's motion for summary judgment [96] is GRANTED, and the Plaintiff's claims against this Defendant are DISMISSED WITH PREJUDICE;

(4) The Defendant Third Coast Insurance Company's motion to bifurcate trial [Doc. No. 101] is DENIED AS MOOT;

(5) The Defendants RMC Sprayfoam and Robert Cockerell's motion to exclude or limit expert testimony [94] is GRANTED IN PART as described in the Court's opinion, and their motion to strike [139] is DENIED; and

(6) the Plaintiff's request for a declaratory judgment is DENIED.

All memoranda, depositions, declarations, and other materials considered by the Court in

ruling on these motions are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 23rd day of October 2025.

_____
SENIOR U.S. DISTRICT JUDGE