IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL CALLAHAN                                                    PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:24-CV-00264-GHD-RP

ROBERT COCKERELL, RMC SPRAYFOAM,
LLC, JOSHUA COTNER, CONTRACTOR
CLAIMS AGENCY AND THIRD COAST
INSURANCE COMPANY, JOHN DOES 1-5                                   DEFENDANTS

## ORDER OF DISMISSAL AND FINAL JUDGMENT

THIS CAUSE came before the Court on the Plaintiff Michael Callahan and Defendants Robert Cockerell and RMC Sprayfoam, LLC's *Joint ore tenus* Motion to dismiss Plaintiff's claims against Defendants Robert Cockerell and RMC Sprayfoam, LLC. The Court, being duly advised in the premises and that the claims against Defendants Robert Cockerell and RMC Sprayfoam, LLC have been resolved, finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants Robert Cockerell and RMC Sprayfoam, LLC are hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that following this Court's prior entry of the Order [Doc 174] granting Defendants Joshua Cotner and Contractor's Choice Agency's Motion for Summary Judgment [Doc 98] and Defendant Third Coast Insurance Company's Motion for Summary Judgment [Doc 96], as well as the entry of the Order Denying

Plaintiff's Motion for New Trial [Doc 192], the only remaining claims were against Defendants Robert Cockerell and RMC Sprayfoam, LLC, therefore this case is now ripe for final judgment.

IT IS THEREFORE ORDERED THAT all claims against all defendants are hereby dismissed with prejudice, and the instant Order of Dismissal and Final Judgment is hereby certified as a final, appealable judgment.

SO ORDERED AND DECREED, this the 26 day of May, 2026.

_____
SENIOR U.S. DISTRICT JUDGE